PAULINE L. BARON, Appellant, *v.* NATHAN SCHACHTER, Respondent.

Argued February 28, 1955; decided April 14, 1955.

*Laurence E. Deutsch* for appellant.

*Bernard Friedman* and *Jack Turret* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.